# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TORREY-TYREE LEWIS** : | **CIVIL ACTION** |
| : | |
| v. : | **NO. 23-1604** |
| : | |
| **WILMINGTON SAVINGS FUND SOCIETY, BALLARD SPAHR LLP, ANDREW M. CAROBUS, CHRISTINE L. BARBA, SHERIFF DELAWARE COUNTY PENNSYLVANIA, JOHN OLIVER, RAMSEYS MOVING SYSTEMS, LLC** : | |

## ORDER

**AND NOW**, this 22nd day of June 2023, following our Congressionally mandated screening of the Plaintiff's amended Complaint (ECF Doc. No. 14) filed with our leave after dismissing his first Complaint (ECF Doc. Nos. 11, 12) consistent with 28 U.S.C. § 1915, and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. The amended Complaint (ECF Doc. No. 14) is **DISMISSED with prejudice** as to federal law claims but **without prejudice** as to timely pursuing state law claims in state court if warranted; and,

2. The Clerk of Court shall **CLOSE** this case.

_____
**KEARNEY, J.**